IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTURO ALVAREZ MAGANA,** | No. CV-F-05-441 OWW |
| | (No. CR-F-04-5069 OWW) |
| **Petitioner,** | MEMORANDUM DECISION AND ORDER DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND DIRECTING ENTRY OF JUDGMENT FOR RESPONDENT |
| vs. | |
| **UNITED STATES OF AMERICA,** | |
| **Respondent.** | |

On April 4, 2005, Petitioner timely filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

Petitioner pleaded guilty pursuant to a written Plea Agreement to being a deported alien found in the United States in violation of 8 U.S.C. § 1326. Petitioner was sentenced on July 1, 2004 to 33 months incarceration.

Petitioner seeks vacation of his sentence pursuant to *Blakely v. Washington*, 542 U.S. 296 (2004), and *United States v.*

1

1 *Booker*, 543 U.S. 220 (2005).

2 Petitioner's motion is DENIED.  *Booker* is not retroactive to
3 cases on collateral review.  *United States v. Cruz*, 423 F.3d 1119
4 (9th Cir.2005), *cert. denied*, 546 U.S. 1155 (2006).  Although
5 *Blakely* was decided by the Supreme Court approximately one week
6 before Petitioner was sentenced, *Blakely* does not afford
7 Petitioner relief.  Petitioner claims that the 16-level
8 enhancement pursuant to USSG 2L1.2(b)(1)(A) was improperly
9 imposed following *Blakely*.  Petitioner's claim is foreclosed by
10 *United States v. Quintana-Quintana*, 383 F.3d 1052 (9th Cir.2004),
11 *cert. denied*, 543 U.S. 1052 (2005).

12 For the reasons stated:

13 1. Petitioner Arturo Alvarez Magana's motion to vacate, set
14 aside or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED.

15 2. The Clerk of the Court is directed to enter JUDGMENT FOR
16 RESPONDENT.

17 IT IS SO ORDERED.

18 **Dated:   August 1, 2008**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE